IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
JONESBORO DIVISION

FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

AUG 2 0 2001

JAMES W. McCORMACK, CLERK
By: _____
                      DEP CLERK

| | |
|---|---|
| UNITED STATES OF AMERICA, ex rel. MICHAEL TODD HIGHFILL, and MICHAEL TODD HIGHFILL | PLAINTIFFS |
| vs.   CIVIL ACTION NO.: 3:99CV00161 SMR SWW | |
| KELLER AMBULANCE SERVICE, INC.; KELLER AMBULANCE SERVICE; MARK KELLER, Individually and d/b/a KELLER AMBULANCE SERVICE; CLARENCE WOODARD, Individually and d/b/a KELLER AMBULANCE SERVICE; WADE MURRAY, and RAY KEECH, | DEFENDANTS |

## MOTION FOR TEMPORARY LIFTING OF STAY AND TO DISMISS DEFENDANT KELLER MEDICAL SERVICE, INC.

On July 31, 2000, the court granted defendant's Motion to Stay Proceeding in this case and stayed discovery until conclusion of the related criminal case.

Defendant, Keller Medical Service, Inc.'s guilty plea in the related criminal case has been accepted by the court and said defendant and the plaintiff have reached a settlement in this civil action settling all allegations of the complaint. Defendant, Keller Medical Service, Inc. wishes to be dismissed from this action. Having settled its civil claims against Keller Medical Service, Inc., the plaintiff agrees that the court should dismiss said defendant.

Pursuant to 31 U.S.C. §3730(d), the relator claims an interest in the $310,058.52 held by the medicaid carrier and in which the defendant Keller Medical Service, Inc. has agreed to relinquish any claim.

WHEREFORE, Keller Medical Service, Inc. requests of the Court a temporary lifting of the stay and entry of an order of dismissal of defendant Keller Medical Service, Inc.

        Lucinda McDaniel (Bar No. 85103)
        D. Chris Gardner  (Bar No. 94140)
        WOMACK, LANDIS, PHELPS,
          McNEILL & McDANIEL
        P. O. Box 3077
        Jonesboro, AR   72403
        (870) 932-0900

By_____
        Attorneys for Defendant
        Keller Medical Service, Inc.

### CERTIFICATE OF SERVICE

I, D. Chris Gardner, hereby certify that service of the above and foregoing Motion to Stay Proceedings was made by mailing a copy of same to the following attorneys of record on this 20th day of August, 2001.

| | |
|---|---|
| Jess Askew III<br>212 Center Street, 10th Floor<br>Little Rock, AR  72201 | Charles A. Banks<br>ARMSTRONG ALLEN PREWITT<br> GENTRY JOHNSTON & HOLMES, PLLC<br>100 Morgan Keegan Drive, Suite 100<br>Little Rock, AR  72202 |
| A. Doug Chavis<br>Assistant U.S. Attorney<br>P.O. Box 1229<br>Little Rock, AR  72203 | William J. Stanley<br>McDANIEL & WELLS, P.A.<br>400 S. Main Street<br>Jonesboro, AR  72401 |
| Robert L. Vogel<br>1225 19th Street, N.W., #300<br>Washington, D.C.  20036 | |

Jack T. Lassiter
HATFIELD & LASSITER
401 West Capitol, Suite 502
Little Rock, AR 72201

Lohnes T. Tiner
TINER & SPRUELL
107 North Gould
Harrisburg, AR 72432

William E. Kiger
1327 Market Street
Parkersburg, WV 26101

Paul J. James
JAMES & CARTER, P.L.C.
500 Broadway, Suite 500
Little Rock, AR 72201

_____
D. Chris Gardner